UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALL SYSTEMS MAINTENANCE, INC., ANTHONY
CINCOTTA and EILEEN PENNY,

                Plaintiff(s),

-against-

DOMENICA GIORDANO, JOSEPH CAPPELINO, JC
DREAMWORKS CONSTRUCTION, INC., NAPOLITANO
BROTHERS DESIGN & CONSTRUCTION, INC., JOHN
and JANE DOE 1 through 10, and XYZ CORPORATION 1
through 10,

                Defendant(s).
-----------------------------------------------------------------X

Civil Action No:
2:21-cv-06412(AMD)(SIL)
**STIPULATION EXTENDING
TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiff and counsel for Defendant DOMENICA GIORDANO, that the time for the Defendant DOMENICA GIORDANO to serve an Answer to the Plaintiffs' Complaint is extended to and including January 17, 2022.

It is further agreed that a fax or scanned copy of this Stipulation shall be as effective as an original.

Dated:    Port Jefferson, New York
            December 21, 2021

_____
RICHARD J. KAUFMAN, P.C.
By: Richard J. Kaufman, Esq.
Attorney for Defendant:
DOMENICA GIORDANO
646 Main Street
Port Jefferson, New York 11777
(631) 331-0950
Email: rjkaufmanlaw@gmail.com

_____
RUSSO KARL WIDMAIER & CORDANO, PLLC
By: Christopher Gerace
Attorneys for Plaintiffs
400 Town Line Road, Suite 170
Hauppauge, New York 11788
(631) 265-7200
Email: cg@rkwclaw.com