

Charles C. Russo
Terry J. Karl (R)
Kurt P. Widmaier
Richard T. Cordano
Joseph L. Indusi

♦ ♦ ♦

Colleen F. Dowd
Lauren E. Murray
Doris B. Bilotti
Christopher Gerace

*Medicaid Consultant*
Margaret Wisz, LMSW

*Of Counsel*
Joseph C. Tonetti, P.C.
Kim Brennan Joyce, P.C.

400 Town Line Road, Ste. 170
Hauppauge, NY 11788
631.265.7200
facsimile 631.265.7578

March 4, 2022

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
*via ECF*

Re:     All Systems Maintenance, Inc., et al. v. Giordano, et al.
        Docket No. 21-cv-06412
        <u>Joint Status Letter</u>

Your Honor:

I represent the Plaintiffs in the above referenced matter. I write in conjunction with Mr. Kaufman, counsel for defendant Giordano, to provide a status update to the Court. The parties have begun preliminary settlement discussions and wish to continue to explore a possible resolution. At this time, the parties respectfully request an adjournment to March 25, 2022, or another date convenient for the Court, to provide a status update on settlement.

Thank you for your consideration.

Respectfully submitted,

Russo Karl Widmaier & Cordano, PLLC

/s/ Christopher Gerace, Esq.

Law Office of Richard Kaufman, P.C.

/s/ Richard Kaufman, Esq.

*By appointment only:*
186 Joralemon Street
Suite 1202
Brooklyn, NY 11201

♦ ♦ ♦

1103 Stewart Avenue
Suite 200
Garden City, NY 11530

♦ ♦ ♦

402 Main Street
Pt. Jefferson, NY 11777

♦ ♦ ♦

7 Bayview Avenue
Northport, NY 11768