

400 Town Line Road, Ste. 170
Hauppauge, NY 11788
631.265.7200
facsimile 631.265.7578

Charles C. Russo

Terry J. Karl (R)

Kurt P. Widmaier

Richard T. Cordano

Joseph L. Indusi

♦ ♦ ♦

Colleen F. Dowd

Lauren E. Murray

Doris B. Bilotti

Christopher Gerace

*Medicaid Consultant*
Margaret Wisz, LMSW

*Of Counsel*
Joseph C. Tonetti, P.C.

Kim Brennan Joyce, P.C.

May 26, 2022

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
<u>*via ECF*</u>

     Re:    All Systems Maintenance, Inc., et al. v. Giordano, et al.
                Docket No. 21-cv-06412

Your Honor:

     I represent the Plaintiffs in the above referenced matter. I write to advise the Court that the parties have reached an impasse and are unable to agree on settlement. In light of this breakdown, I respectfully request a three-week adjournment to discuss with my clients their options moving forward, including whether to engage in motion practice or to remove this matter to state court.

     Thank you for your consideration.

           Respectfully submitted,

           Russo Karl Widmaier & Cordano, PLLC

           <u>/s/ Christopher Gerace, Esq.</u>

*By appointment only:*
186 Joralemon Street
Suite 1202
Brooklyn, NY 11201

♦ ♦ ♦

1103 Stewart Avenue
Suite 200
Garden City, NY 11530

♦ ♦ ♦

402 Main Street
Pt. Jefferson, NY 11777

♦ ♦ ♦

7 Bayview Avenue
Northport, NY 11768