

400 Town Line Road, Ste. 170
Hauppauge, NY 11788
631.265.7200
facsimile 631.265.7578

Charles C. Russo
Terry J. Karl (R)
Kurt P. Widmaier
Richard T. Cordano
Joseph L. Indusi

♦♦♦

Colleen F. Dowd
Lauren E. Murray
Doris B. Bilotti
Christopher Gerace

*Medicaid Consultant*
Margaret Wisz, LMSW

*Of Counsel*
Joseph C. Tonetti, P.C.
Kim Brennan Joyce, P.C.

*By appointment only:*
186 Joralemon Street
Suite 1202
Brooklyn, NY 11201

♦♦♦

1103 Stewart Avenue
Suite 200
Garden City, NY 11530

♦♦♦

402 Main Street
Pt. Jefferson, NY 11777

♦♦♦

7 Bayview Avenue
Northport, NY 11768

June 16, 2022

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
<u>via ECF</u>

  Re: All Systems Maintenance, Inc., et al. v. Giordano, et al.
     Docket No. 21-cv-06412

Your Honor:

  As the Court is aware, I represent the Plaintiffs in the above referenced matter. Plaintiffs intend to file state law claims in State Court in connection with the conduct alleged in the complaint before this Court. Accordingly, Plaintiffs respectfully request that the above referenced complaint be dismissed pursuant to FRCP 41(a)(2), without prejudice and without costs or fees, so that plaintiffs may file in State Court.

  Thank you for your consideration.

          Respectfully submitted,

          Russo Karl Widmaier & Cordano, PLLC

          <u>/s/ Joseph Indusi, Esq.</u>